```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 12295
    MICHAEL R PAYNE
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-8236


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 05/14/2008 and was not confirmed.

       The case was dismissed without confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------

IL STATE DISBURSEMENT UN  DSO ARREARS       6318.83           .00              .00
IL STATE DISBURSEMENT UN  DSO ARREARS       3151.39           .00              .00
IL STATE DISBURSEMENT UN  UNSECURED        NOT FILED          .00              .00
ROUNDUP FUNDING LLC       UNSECURED          609.28           .00              .00
CDA/PONTIAC               UNSECURED        NOT FILED          .00              .00
CITY OF CHICAGO DEPT OF   UNSECURED         4040.00           .00              .00
CREDIT UNION 1            UNSECURED         1059.76           .00              .00
TCF NATIONAL BANK         UNSECURED        NOT FILED          .00              .00
LINCOLN MOTOR MART        UNSECURED        NOT FILED          .00              .00
CASH ADVANCE USA          UNSECURED        NOT FILED          .00              .00
ISAC                      UNSECURED             .00           .00              .00
SPRINT                    UNSECURED        NOT FILED          .00              .00
IL STATE DISBURSEMENT UN  DSO ARREARS       1491.62           .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       14.00           .00            14.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                       1,183.12
TOM VAUGHN                TRUSTEE                                             92.88
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,290.00

PRIORITY                                        14.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,183.12
TRUSTEE COMPENSATION                            92.88
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS               1,290.00                1,290.00



                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12295 MICHAEL R PAYNE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE